**COSTELLO & MAINS, P.C.**
By:  Kevin M. Costello
     Deborah L. Mains
18000 Horizon Way, Suite 800
Mt. Laurel, New Jersey 08054
(856) 727-9700
*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| DAVID ROGERS AND JAMES VAN DANIKER, individually and on behalf of themselves and all others similarly situated, | : : : : : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action |
| Plaintiffs, | : : | **Electronically filed** |
| | : | Civil Action No. 1:10-CV-04198 |
| vs. | : : | |
| OCEAN CABLE GROUP INC., AND JOHN DOES 1-5 and 6-10, | : : : | **NOTICE OF MOTION TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)** |
| Defendants. | : : | |

To:    James P. Grinley, Esq.
       Miller, Gallagher and Grinley
       26 S. Pennsylvania Avenue, Suite 201
       Atlantic City, NJ 08401

**PLEASE TAKE NOTICE** that on the 22nd day of February, 2011, at a time to be set by

the Court, at the United States District Court for the District of New Jersey, Mitchell H. Cohen

Building and United States Courthouse, 4th & Cooper Streets, Camden, New Jersey, Plaintifs

David Rogers and James Van Daniker, by and through their attorneys, Costello & Mains, P.C.,

will move the Court, pursuant to Fed. R. Civ. P. 15(a), for an Order granting leave to file a

Second Amended Complaint in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall rely upon the accompanying

Certification of Counsel and Statement in Lieu of Brief.  Oral argument is waived.

**COSTELLO & MAINS, P.C.**


By: ____/s Deborah L. Mains_____
        Deborah L. Mains

18000 Horizon Way, Suite 800
Mount Laurel, NJ  08054
(856) 727-9700
(856) 727-9797 (facsimile)

*Attorneys for Plaintiffs*

Dated:  January 21, 2011